# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MAX SIMEUS,

        Plaintiff,

v.

BRANDON ALBRIGHT, et al.,

        Defendants.

Case No. 2:18-cv-02233-APG-CWH

**ORDER**

According to the Clark County Detention Center's inmate database, pro se plaintiff Max Simeus is no longer incarcerated at Clark County Detention Center. Simeus has not filed a notice informing the court of his current address. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Simeus must file a notice with his current address with the court by August 12, 2019. If Simeus does not update his address by that date, the court will recommend dismissal of this case without prejudice.

IT IS SO ORDERED.

DATED: July 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE