# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX SIMEUS, | Case No.: 2:18-cv-02233-APG-DJA |
| Plaintiff | **Order Dismissing Complaint and Closing Case** |
| v. | |
| BRANDON ALBRIGHT, et al., | |
| Defendants | |

On October 3, 2019, I ordered plaintiff Max Simeus to show cause why this action should not be dismissed for failure to notify the court of a change in address. ECF No. 7. I warned Simeus that failure to respond to the order to show cause would result in dismissal without prejudice. *Id.* That order was returned in the mail. ECF No. 8. Simeus has still not updated his address or otherwise responded to the order to show cause. I therefore dismiss the complaint without prejudice.

IT IS THEREFORE ORDERED that plaintiff Max Simeus's complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE